UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS E. THOMAS | CIVIL ACTION |
| VERSUS | NO. 13-6282 |
| AT&T MOBILITY DISABILITY BENEFITS PROGRAM, ET AL. | SECTION "N" (2) |

## ORDER AND REASONS

In this action, Plaintiff seeks to recover employer-provided disability benefits pursuant to the Employee Retirement Income Security Act ("ERISA") §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B). Presently before the Court is Plaintiff's motion seeking a declaratory judgment regarding the standard of review applicable to the claims administrator's determinations. Having considered the parties' submissions and applicable law, **IT IS ORDERED** that Plaintiff's motion (Rec. Doc. 11) is **DENIED** for essentially the reasons stated in Defendants' opposition memorandum (Rec. Doc. 13).

New Orleans, Louisiana, this 17th day of December 2014.

_____
**KURT D. ENGELHARDT**
**United States District Judge**